# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| Myesha Scott, | ) |
| Plaintiff. | ) Civil Action No.: |
| v. | ) JURY TRIAL DEMANDED |
| Centick Enterprises LLC, Enos Ngetich | ) |
| Defendant. | ) |

## COMPLAINT

**COMES NOW** the Plaintiff, Myesha Scott, ("Plaintiff") by and through her undersigned counsel, and hereby files this Complaint against Centick Enterprises LLC and Enos Ngetich ("Defendants").

This action is brought by Plaintiff for purposes of obtaining relief under the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et. seq.*, (hereinafter "FLSA") for unpaid compensation, liquidated damages, costs, attorneys' fees, and/or any such other relief the Court may deem appropriate.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this case involves a federal question under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et. seq.*

2. The unlawful employment act alleged herein took place within the Southern Division of the Northern District of Alabama.

3. Venue is proper in this Court, the United States District Court for the Northern District of Alabama, pursuant to **Title 28, U.S.C. § 1391** and the Local Rules of the United States District Court for the Northern District of Alabama.

## PARTIES

**A. Plaintiff**

4. The Plaintiff, Myesha Scott, is over the age of nineteen (19) years and is domiciled in the State of Alabama.

5. During all times relevant to this Complaint, the Plaintiff was an employee of the Defendant.

**B. Defendant**

6. Centick Enterprises LLC is a domestic Limited Liability Company currently operating in the State of Alabama with its registered address at 6345 Co. Rd 490, Hanceville, AL 35077.

7. Centick Enterprises LLC is an enterprise engaged in interstate commerce for the purposes of the Fair Labor Standards Act; specifically, Centick Enterprises LLC specializes in petroleum and petroleum products.

8. Further, upon information and belief, Centick Enterprises LLC has gross revenues which exceed $500,000.00 per year.

9. Centick Enterprises LLC is considered an employer within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203(d), and is not exempt from the Act.

10. Defendant Enos Ngetich (hereinafter sometimes referred to as (Ngetich") is over the age of nineteen (19) years and is domiciled in the State of Alabama, and upon information and belief is the owner/operator of Centick Enterprises LLC.

11. Ngetich had the authority to hire and fire employees.

12. Ngetich supervised and controlled the Plaintiff's work schedule.

13. Ngetich determined the method and rate of pay for the Plaintiff.

14. Ngetich acted and acts in the interests of Centick Enterprises LLC in relation to its employees. Thus, Ngetich was and is an employer within the meaning of the Fair Labor Standard Act.

## FACTS

15. In or around September of 2021, Plaintiff began working for the Defendant.

16. Plaintiff was employed by the Defendant as a manager.

17. Plaintiff managed two of the Defendant's three Marathon gas stations.

18. Specifically, Plaintiff worked at the Defendant's Forestdale Boulevard and Arkadelphia Road locations.

19. Plaintiff's hourly wage was $10.00 per hour.

20. Plaintiff was not exempt from the protections of the FLSA.

21. Plaintiff was paid in cash by the Defendant.

22. Plaintiff was required to drop her time sheets into a locked safe each Friday.

23. Plaintiff was regularly scheduled to work 16 hour shifts approximately twice a week.

24. On average, Plaintiff worked around 60 hours per week.

25. Plaintiff worked in excess of 40 hours per week without being paid the premium overtime rate for all hours worked above 40 in a work week.

26. To the best of Plaintiff's calculations, Plaintiff was not paid the premium overtime rate for all hours worked above 40 in a work week beginning in September of 2021 and continuing through March of 2022.

## COUNT I

## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

### (Overtime Violations - 29 U.S.C. § 207)

27. Plaintiff adopts and realleges paragraphs 1-26 as if fully set out herein.

28. During the relevant time periods, Plaintiff regularly worked in excess of forty hours per week.

29. Plaintiff informed the Defendant that she was regularly working over forty hours per week and was due overtime.

30. The Defendant ignored Plaintiff's request to be paid the premium overtime rate for all hours worked above forty in each work week.

31. Further, the Defendant refused to provide Plaintiff with a physical copy of her time sheets.

32. The Defendant failed to compensate the Plaintiff at the premium overtime rate for all hours worked above forty in each work week.

33. Plaintiff has a good faith belief that she is owed in excess of $8,000.00 in premium overtime pay plus liquidated damages (discovery pending).

34. The Defendant's failure to pay the Plaintiff correctly was willful and without good faith as defined in 29 U.S.C. § 260.

35. The Defendant, by such failure, has willfully violated the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 207.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs respectfully pray for the following relief:

a. Require Defendant to pay Plaintiff damages for unpaid wages for the weeks at issue in this case;

b.  Require Defendant to pay Plaintiff liquidated damages as provided for under the Fair Labor Standards Act;

c.  Issue a declaratory judgment that Defendant has engaged in unlawful employment practices in violation of the FLSA with respect to Plaintiff;

d.  Award Plaintiff her reasonable attorneys' fees and costs and expenses of suit; and

e.  Provide such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/Jeremy Schatz
Jeremy Schatz
ASB-2400-H34Y
*Attorney for Plaintiff*

*/s/ Ray Foushee*
Raymond Foushee
ASB-9344-X13G
*Attorney for Plaintiff*

**OF COUNSEL**:
Virtus Law Group
100 41st Street South, Suite A
Birmingham, Alabama 35222
Phone: (205) 946-1924
js@vlgal.com

**Please serve the Defendant by certified mail as follows:**

Centick Enterprises LLC
C/O Enos C Ngetich
6345 County Road 490
Hanceville, AL 35077

Enos C Ngetich
4316 Ridgemont Circle
Birmingham, AL 35244